NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-000312-01 JW |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| JOSE LUIS VASQUEZ-VASQUEZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

__X__    Presentence Report

____    Plea Agreement

__X__    Statement of Reasons
         (Other)

Dated: June 13, 2005

_____
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE
AUSA: MATTHEW A. LAMBERTI ESQ

AFPD: ANGELA HANSEN ESQ

Dated: June 13, 2005                    Richard W. Wieking, Clerk

                                        By:_____
                                            **Ronald L. Davis**
                                            **Courtroom Deputy**